[Crim. No. 1293.   Third Appellate District.—October 13, 1933.]

In the Matter of the Application of BERTRAN BOSWELL for a Writ of Habeas Corpus.

Bertran Boswell, *in pro. per.*, for Petitioner.

THE COURT.—■ Upon the authority of the case of *Application of Francis Woofter for a Writ of Habeas Corpus*, Criminal No. 1285, filed in this court on October 10, 1933, *ante*, p. 580 [25 Pac. (2d) 859]), the petition for a writ of *habeas corpus* in the above-entitled matter is hereby denied.